UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AL M. TALAGA,<br><br>Defendant. | NO.     MJ20-469<br><br>COMPLAINT FOR VIOLATION OF<br>18 U.S.C. §§ 922(g)(1) |

BEFORE The Honorable United States Magistrate Judge Brian A. Tsuchida, United States Courthouse, Seattle, Washington.

## COUNT ONE

### *(Felon in Possession of a Firearm)*

On or about June 1, 2020, in the city of Seattle, within the Western District of Washington, the defendant, AL M. TALAGA, knowing that he had been convicted of the following crime that under federal law prohibits him from possessing firearms or ammunition, to wit, *Robbery in the Second Degree*, in cause number 05-C-09559-4, in the Superior Court of King County, on or about September 26, 2005, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, a Glock Model 22 .40 caliber semi-automatic pistol, bearing serial number BCKX120.

All in violation of Title 18, United States Code, Sections 922(g)(1).

The undersigned complainant, being duly sworn, hereby deposes and says as follows:

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**AFFIANT BACKGROUND**

1. I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since March 8, 2018. I am currently assigned to the Seattle Field Division in Tacoma, Washington, where I am assigned to the Tacoma Field Office. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use of and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United states Code, Section 2516.

2. I received formal training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I successfully completed the Criminal Investigators Training Program (CITP), which familiarized me with basic narcotic investigations, drug identification, drug detection, familiarization with United States narcotics laws, financial investigations, money laundering, identification and seizure of drug-related assets, organized crime investigations, physical and electronic surveillance and undercover operations. In addition, I successfully completed a fourteen-week, ATF Special Agent Basic Training (SABT) course in Glynco, Georgia. SABT included comprehensive, formalized instruction in, amongst other things: firearms identification, firearms trafficking, arson investigations, explosives identification and investigation along with alcohol and tobacco diversion. I have a Bachelor of Science Degree in Criminal Justice from Winona State University in Winona, Minnesota.

3. As noted above, I am responsible for investigations involving specified unlawful activities, to include violent crimes involving firearms that occur in the Western District of Washington. I am also responsible for enforcing federal firearms and explosives laws and related statutes in the Western District of Washington. I received training on the proper investigative techniques for these violations, including the

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

identification of firearms and the location of the firearms' manufacture. I have actively participated in investigations of criminal activity, including but not limited to: crimes against persons, crimes against property, narcotics-related crimes, and crimes involving the possession and use, theft, or transfer of firearms. During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating the commission of criminal violations.

4.  The information in this complaint is based on my investigation, along with investigation by other law enforcement officers, conversations with law enforcement officers, and review of law enforcement documents. It also does not purport to state every fact known to law enforcement, but rather only to establish probable cause to conclude that AL M. TALAGA committed the charges set forth above.

## SUMMARY OF PROBABLE CAUSE

5.  On June 1, 2020, at approximately 6:44 p.m, several Seattle Police Department (SPD) officers responded to a report of a burglary in progress at the Sneaker City store, located at 110 Pike Street in Seattle, Washington. Sneaker City is an independently owned store featuring shoes and other footwear. The store has been closed to the public since March, with boarded up windows and entrances, due to the COVID-19 epidemic.

6.  As investigating officers arrived at the scene, they observed several individuals exiting the store through a broken alley window from which the exterior wood cover had been removed. SPD officers attempted to detain these individuals, but several of them ran away when ordered by officers to stop. In addition, as the SPD officers were arriving at the scene, a vehicle that had been parked nearby fled the scene by driving down the sidewalk in the 100 block of Pike Street, nearby hitting an officer and two suspects he was attempting to detain.

7.  While on scene, investigating officers spoke to J.C., who stated that he had observed between ten and fifteen people entering Sneaker City and three to four vehicles parked near the business. J.C. stated that as the police started to arrive, most cars and

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

suspects left.  Officers also spoke with witness J.F., who stated that he lived in the building across the street from a parking lot located at 1512 First Avenue, just up the alley the Sneaker City business.  J.F. further stated that he had observed a large group of individuals and vehicles in the parking lot, and found this suspicious, so he began to record the group on his phone.  J.F. said that he had observed several individuals placing merchandise into the parked vehicles and then walking south in the alley, back towards Sneaker City.  J.F. stated that when police sirens grew louder, the individuals fled the parking lot on foot, in several different directions.  J.F. said that most of the vehicles also left the lot upon hearing the approaching sirens, with the exception of a dark colored Dodge Magnum, bearing Washington license plate AHG3684.  J.F. said he had seen individuals bring several loads of stolen property from the Sneaker City and load that property into the Dodge Magnum.  Law enforcement subsequently ran a search of the vehicle and learned that it was registered to Al TALAGA, with an address in Auburn, Washington.

       8.       The Dodge Magnum had very dark tinted windows, and officers did not know whether any of ten to fifteen people who had been observed going into Sneaker City were inside the parked vehicle.  SPD Officer Brewer conducted a safety sweep of the vehicle to ensure no one was hiding inside the vehicle.  SPD Officer Brewer carefully opened one of the unlocked vehicle doors, and did a quick visual security check of the inside of the Dodge Magnum, looking for possible suspects. During this visual check for suspects, Officer Brewer saw several items of what appeared to be new merchandise of the type that one would find in a shoe store, including socks and shoes, as well as a black handgun in the driver's side door panel.  Seeing no suspects inside the Dodge Magnum, Officer Brewer then closed the door and secured the vehicle at the scene.  In light of J.F.'s statements that he had observed suspects load items from the Sneaker City store into the Dodge Magnum, as well as Officer Brewer's observation of what appeared to be stolen merchandise inside the vehicle, investigating officers seized the Dodge Magnum

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

suspects left.  Officers also spoke with witness J.F., who stated that he lived in the building across the street from a parking lot located at 1512 First Avenue, just up the alley the Sneaker City business.  J.F. further stated that he had observed a large group of individuals and vehicles in the parking lot, and found this suspicious, so he began to record the group on his phone.  J.F. said that he had observed several individuals placing merchandise into the parked vehicles and then walking south in the alley, back towards Sneaker City.  J.F. stated that when police sirens grew louder, the individuals fled the parking lot on foot, in several different directions.  J.F. said that most of the vehicles also left the lot upon hearing the approaching sirens, with the exception of a dark colored Dodge Magnum, bearing Washington license plate AHG3684.  J.F. said he had seen individuals bring several loads of stolen property from the Sneaker City and load that property into the Dodge Magnum.  Law enforcement subsequently ran a search of the vehicle and learned that it was registered to Al TALAGA, with an address in Auburn, Washington.

8. The Dodge Magnum had very dark tinted windows, and officers did not know whether any of ten to fifteen people who had been observed going into Sneaker City were inside the parked vehicle.  SPD Officer Brewer conducted a safety sweep of the vehicle to ensure no one was hiding inside the vehicle.  SPD Officer Brewer carefully opened one of the unlocked vehicle doors, and did a quick visual security check of the inside of the Dodge Magnum, looking for possible suspects. During this visual check for suspects, Officer Brewer saw several items of what appeared to be new merchandise of the type that one would find in a shoe store, including socks and shoes, as well as a black handgun in the driver's side door panel.  Seeing no suspects inside the Dodge Magnum, Officer Brewer then closed the door and secured the vehicle at the scene.  In light of J.F.'s statements that he had observed suspects load items from the Sneaker City store into the Dodge Magnum, as well as Officer Brewer's observation of what appeared to be stolen merchandise inside the vehicle, investigating officers seized the Dodge Magnum

COMPLAINT / TALAGA  
USAO 2020R00649

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

1 and towed it to the secure SPD Vehicle Processing Room with the intention of applying
2 for a search warrant to recover any stolen and/or illegal items from the vehicle.

3     9.    SPD Detective Poblocki used a law enforcement database to obtain a phone
4 number associated with the registered owner, AL TALAGA. Just before midnight on
5 June 2, 2020, Detective Poblocki called this number and spoke with a male who
6 identified himself as Al TALAGA.  TALAGA initially stated that his Dodge Magnum
7 had been stolen last night, sometime after noon, in Kent, Washington.  TALAGA then
8 continued to talk to Detective Poblocki.  During the course of this conversation,
9 TALAGA eventually admitted that his car had not really been stolen, and that he was in
10 the area of First and Pike Street in Seattle on June 1, 2020.

11     10.    When Detective Poblocki asked if there were any weapons or valuables
12 inside the Dodge Magnum, TALAGA advised that a Glock 22 pistol was stored inside
13 the glove compartment.  TALAGA stated the firearm belonged to his girlfriend, K.B.
14 TALAGA admitted that he is not legally able to possess firearms. (NOTE: TALAGA has
15 prior felony convictions, including a 2005 conviction for *Robbery in the Second Degree*,
16 in cause number 05-C-09559-4, in the Superior Court of King County.) TALAGA told
17 Detective Poblocki that his fingerprints and DNA would likely be on the firearm located
18 inside the Dodge Magnum, because he had moved it from the glove box to another
19 compartment in the car.

20     11.    TALAGA further admitted that he had broken through the window at
21 Sneaker City, gone inside, and stolen several items from inside the store.  TALAGA told
22 Detective Poblocki that there would be "a lot" of Sneaker City merchandise inside the
23 Dodge Magnum. TALAGA stated that his girlfriend was not present during the burglary
24 of Sneaker City.  TALAGA told Detective Poblocki that the reason he had burgled
25 Sneaker City was because the police had killed his friend.  TALAGA said "that's why
26 I'm taking out my anger like that."  He further stated that "it's going to make me happy
27 because I know that my tax dollar that I'm paying, I'm taking it right back."
28

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. On June 4, 2020, at approximately 4:15 p.m., Detective Poblocki obtained and served a search warrant on the Dodge Magnum, bearing Washington license plate AHG3684, which was in the Seattle Police Department's secure evidence / seizure storage area. During the search of TALAGA's vehicle, officers recovered a loaded Glock Model 22 .40 caliber pistol, bearing serial number BCKX120, from the driver's side door panel. Officers also located a FNP Model 40 .40 caliber pistol, bearing SN 61CMR09373, underneath the floor mat, on the front passenger side. The FNP pistol was loaded with eleven rounds of ammunition, including a round in the firing chamber. A law enforcement database check verified that the FNP Model 40 pistol had been reported as being stolen in 2019 from a residence in Tacoma during a home invasion robbery.

13. During the search of Dodge Magnum law enforcement also located a black bag in the back seat that contained seven new pairs of Air Jordan shoes (three infant-sized pairs, three child-sized pairs, and one adult size) in original packaging; two new ball caps (Mariners and Blue Jays); six individually packaged pairs of "Seattle" socks with the image of Seattle downtown skyline; two packs of Nike socks, and a pair of black Adidas shoes. The aforementioned property appeared to be the type sold in the Sneaker City business. An employee of Sneaker City later confirmed the above-delineated apparel items had been from Sneaker City. Law enforcement also located a new cell phone, still in its box, inside the black bag.

14. During the search of Dodge Magnum, law enforcement also located three prescription bottles of Adderall. Each bottle contained approximately 20 pills and had different strengths (10, 20, and 30 mg.). Law enforcement did not observe labels or names; however, the bottles had handwritten numbers on them, consistent with maintaining an inventory. Two of the bottles were located in the driver's door panel (same location as Glock Model 22 pistol), and one bottle was in the passenger side door panel.

15. I have reviewed records from King County Superior Court, and am therefore aware that TALAGA has been convicted of the following felony: *Robbery in*

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*the Second Degree*, in cause number 05-C-09559-4, in the Superior Court of King County, on or about September 26, 2005. As a result of this conviction, TALAGA is prohibited from possessing firearms.

16. ATF Special Agent Jon Hansen, an agent who is an expert at conducting interstate nexus reviews, has determined that the firearm referenced in Count One, the Glock Model 22 .40 caliber pistol, bearing serial number BCKX120, was manufactured outside of the State of Washington, and therefore had traveled in interstate and/or foreign commerce.

## CONCLUSION

Based upon the foregoing and my training and experience, I respectfully submit there is probable cause to believe that AL M. TAGALA committed the offenses set forth above in this Complaint.

_____
NATALIA VOROTNIKOVA
Special Agent, ATF

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit, and based on the Complaint and Affidavit, the Court hereby finds that there is probable cause to believe that the Defendant committed the offenses set forth in the Complaint.

Dated this 28th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

COMPLAINT / TALAGA
USAO 2020R00649

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970